**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re: HEALTH TRIO, INC       §     Case No. 09-34404   HRT
                         §
                         §
                         §
        Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David Lewis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   -$2.00 | Assets Exempt:   N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:   $194,028.77 | Claims Discharged Without Payment:   N/A |
| Total Expenses of Administration:   $1,036,171.23 | |

3) Total gross receipts of $1,230,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,230,200.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,036,083.71 | $1,036,171.23 | $1,036,171.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $37,538.04 | $14,472.31 | $3,903.07 | $3,903.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $20,965,922.90 | $34,498,634.88 | $21,515,922.65 | $190,125.70 |
| **TOTAL DISBURSEMENTS** | $21,003,460.94 | $35,549,190.90 | $22,555,996.95 | $1,230,200.00 |

4) This case was originally filed under chapter 7 on 02/18/2009.  The case was pending for 140 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    10/26/2020          By: /s/ David Lewis

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible Avoidance claims | 1249-000 | $1,225,000.00 |
| Remnants per agreement | 1229-000 | $5,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,230,200.00** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David Lewis | 2100-000 | NA | $60,156.00 | $60,156.00 | $60,156.00 |
| Trustee, Expenses - David Lewis | 2200-000 | NA | $778.06 | $778.06 | $778.06 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $783.40 | $783.40 | $783.40 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $0.00 | $87.52 | $87.52 |
| Banking and Technology Service Fee - UNION BANK | 2600-000 | NA | $14,406.73 | $14,406.73 | $14,406.73 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - MASSACHUSETTS DEPARTMENT OF REVENUE | 2690-730 | NA | $456.00 | $456.00 | $456.00 |
| Attorney for Trustee Fees (Other Firm) - ALLEN & VELLONE, PC | 3210-000 | NA | $450,000.00 | $450,000.00 | $450,000.00 |
| Attorney for Trustee Fees (Other Firm) - JONSEN LAW FIRM, LLC | 3210-000 | NA | $101,250.00 | $101,250.00 | $101,250.00 |
| Attorney for Trustee Fees (Other Firm) - SPENCER FANE LLP | 3210-000 | NA | $206,746.82 | $206,746.82 | $206,746.82 |
| Attorney for Trustee Expenses (Other Firm)  - ALLEN & VELLONE, PC | 3220-000 | NA | $151,759.92 | $151,759.92 | $151,759.92 |
| Attorney for Trustee Expenses (Other Firm)  - JONSEN LAW FIRM, LLC | 3220-000 | NA | $42,631.78 | $42,631.78 | $42,631.78 |
| Accountant for Trustee Fees (Other Firm) - DENNIS CPA, DAVID | 3410-000 | NA | $7,050.00 | $7,050.00 | $7,050.00 |
| Accountant for Trustee Expenses (Other Firm) - DENNIS CPA, DAVID | 3420-000 | NA | $65.00 | $65.00 | $65.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,036,083.71** | **$1,036,171.23** | **$1,036,171.23** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | TENNESSEE DEPT. OF REVENUE | 5800-000 | $0.00 | $484.01 | $484.01 | $484.01 |
| 000008A | MASSACHUSETTS DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $895.05 | $895.05 | $895.05 |
| 000011A | FRANCHISE TAX BOARD | 5800-000 | $700.00 | $2,143.25 | $1,129.79 | $1,129.79 |
| 000012A | DENNIS W. SCRUGGS | 5300-000 | $0.00 | $10,950.00 | $0.00 | $0.00 |
| STATE OF | State of California Franchise Tax Board | 5800-000 | NA | $0.00 | $1,394.22 | $1,394.22 |
| N/F | Arapahoe County Treasurer | 5600-000 | $97.19 | NA | NA | NA |
| N/F | Arizona Department of Revenue | 5600-000 | $40.00 | NA | NA | NA |
| N/F | Commonwealth of Massachusetts | 5600-000 | $411.00 | NA | NA | NA |
| N/F | Louisiana Department of Revenue | 5600-000 | $132.60 | NA | NA | NA |
| N/F | North Carolina Department of Revenue | 5600-000 | $50.00 | NA | NA | NA |
| N/F | Oregon Department of Revenue | 5600-000 | $9.00 | NA | NA | NA |
| N/F | Tennessee Department of Revenue 500 Deaderick St. | 5600-000 | $90.00 | NA | NA | NA |
| N/F | US Dept of Treasury | 5800-000 | $35,988.25 | NA | NA | NA |
| N/F | Wisconsin Dept of Revenue | 5800-000 | $20.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$37,538.04** | **$14,472.31** | **$3,903.07** | **$3,903.07** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CENTENNIAL RIVER CORP. F/K/A IMMEDI | 7100-000 | $1,746,651.00 | $1,746,651.00 | $1,746,651.00 | $159,806.63 |
| 000002 | JOHNSON-LAIRD, INC. | 7100-000 | $14,855.00 | $14,855.40 | $14,855.40 | $1,359.17 |
| 000003 | AXIOM SYSTEMS, INC. | 7100-000 | $147,698.00 | $147,698.00 | $147,698.00 | $13,513.36 |
| 000004 | MALIK M. HASAN, M.D. AND SEEME G. | 7400-000 | $18,857,257.64 | $19,437,890.93 | $19,437,890.93 | $0.00 |
| 000005 | HORSE EYE LEVEL PARTNERS, L.P. | 7100-000 | $177,469.59 | $168,494.25 | $168,494.25 | $15,416.06 |
| 000006 | CHRISTOPHER EDWARD FOSTER | 7100-000 | $0.00 | $16,600.00 | $0.00 | $0.00 |
| 000008B | MASSACHUSETTS DEPARTMENT OF REVENUE | 7100-000 | $0.00 | $182.61 | $182.61 | $16.71 |
| 000010 | HORSE EYE LEVEL PARTNERS, L.P. | 7100-000 | $0.00 | $200,000.00 | $0.00 | $0.00 |
| 000011B | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $186.81 | $150.46 | $13.77 |
| 000013 | DENNIS W. SCRUGGS | 7100-000 | $0.00 | $391,664.38 | $0.00 | $0.00 |
| 000014 | DENNIS W. SCRUGGS | 7100-000 | $0.00 | $1,830,100.00 | $0.00 | $0.00 |
| 000015 | DENNIS W. SCRUGGS | 7100-000 | $0.00 | $10,544,311.50 | $0.00 | $0.00 |
| N/F | Berenfeld Spritzer Shechter & 130 | 7100-000 | $7,601.25 | NA | NA | NA |
| N/F | Ehrhardt Keefe Steiner & Hottm | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Inter-State Investigative Svc | 7100-000 | $12.72 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Sullivan Hazeltime Allinson LLC | 7100-000 | $14,107.75 | NA | NA | NA |
| N/F | Williams & Prochaska, P.C. | 7100-000 | $19.95 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$20,965,922.90** | **$34,498,634.88** | **$21,515,922.65** | **$190,125.70** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 1

Case No.: 09-34404 HRT

Case Name: HEALTH TRIO, INC

For Period Ending: 10/26/2020

Trustee Name: (260220) David Lewis

Date Filed (f) or Converted (c): 02/18/2009 (f)

§ 341(a) Meeting Date: 01/20/2010

Claims Bar Date: 08/07/2017

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Possible Avoidance claims (u)<br><br>Transactions by controlling insiders are being thoroughly investigated. Dollar value of claims is generally unknown but could be quite substantial, trustee's estimate is a best-guess at this point, nothing more. | Unknown | 4,000,000.00 | | 1,225,000.00 | FA |
| 2 | Wells Fargo Bank, NA | (2.00) | 0.00 | | 0.00 | FA |
| 3 | Remnants per agreement (u) | 0.00 | 0.00 | | 5,200.00 | FA |
| **3** | **Assets Totals (Excluding unknown values)** | **($2.00)** | **$4,000,000.00** | | **$1,230,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Issues related to claim of Scruggs are involved in appeal pending in US District Court.

Initial Projected Date Of Final Report (TFR): 06/30/2016

Current Projected Date Of Final Report (TFR): 04/22/2020 (Actual)

10/26/2020
_____
Date

/s/David Lewis
_____
David Lewis

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 09-34404  HRT | Trustee Name: | David Lewis (260220) |
|---|---|---|---|
| Case Name: | HEALTH TRIO, INC | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***9643 | Account #: | ******3157 Checking Account |
| For Period Ending: | 10/26/2020 | Blanket Bond (per case limit): | $49,037,481.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/26/16 | {1} | XL CATLIN | settlement from lawsuit | 1249-000 | 300,000.00 | | 300,000.00 |
| 07/26/16 | {1} | HEALTH TRIO, LLC | settlement from lawsuit | 1249-000 | 925,000.00 | | 1,225,000.00 |
| 08/05/16 | 300001 | JONSEN LAW FIRM, LLC | ATTORNEY EXPENSE Authorized at docket # 477 | | | 143,881.78 | 1,081,118.22 |
| | | JONSEN LAW FIRM, LLC | Fees | 3210-000 | | | |
| | | | $101,250.00 | | | | |
| | | JONSEN LAW FIRM, LLC | Expenses | 3220-000 | | | |
| | | | $42,631.78 | | | | |
| 08/05/16 | 300002 | ALLEN & VELLONE, PC | ATTORNEY EXPENSE Authorized at Docket #473 | | | 601,759.92 | 479,358.30 |
| | | ALLEN & VELLONE, PC | Fees | 3210-000 | | | |
| | | | $450,000.00 | | | | |
| | | ALLEN & VELLONE, PC | Expenses | 3220-000 | | | |
| | | | $151,759.92 | | | | |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 292.86 | 479,065.44 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 939.35 | 478,126.09 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 686.96 | 477,439.13 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 708.47 | 476,730.66 |
| 12/01/16 | 300003 | SPENCER FANE LLP | ATTORNEY EXPENSE authorized at Doc #510 | | | 136,915.82 | 339,814.84 |
| | | SPENCER FANE LLP | Fees | 3210-000 | | | |
| | | | $134,505.00 | | | | |
| | | SPENCER FANE LLP | Expenses | 3220-000 | | | |
| | | | $2,410.82 | | | | |
| 12/09/16 | 300004 | INTERNATIONAL SURETIES, LTD | trustee bond | 2300-000 | | 125.23 | 339,689.61 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 684.65 | 339,004.96 |
| 12/28/16 | 300005 | DAVID LEWIS, PC | INTERIM COMPENSATION Authorized on 12/22/16 | | | 47,391.87 | 291,613.09 |
| | | David Lewis | Fees | 2100-000 | | | |
| | | | $47,377.87 | | | | |
| | | David Lewis | Expenses | 2200-000 | | | |
| | | | $14.00 | | | | |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 575.46 | 291,037.63 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 437.78 | 290,599.85 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 390.67 | 290,209.18 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 431.82 | 289,777.36 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 417.30 | 289,360.06 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 430.56 | 288,929.50 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 416.10 | 288,513.40 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 429.30 | 288,084.10 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 428.67 | 287,655.43 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 414.24 | 287,241.19 |

Page Subtotals:     $1,225,000.00     $937,758.81

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case No.:** | 09-34404  HRT | |
| **Case Name:** | HEALTH TRIO, INC | |
| **Taxpayer ID #:** | **-***9643 | |
| **For Period Ending:** | 10/26/2020 | |

| | |
|---|---|
| **Trustee Name:** | David Lewis (260220) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******3157 Checking Account |
| **Blanket Bond (per case limit):** | $49,037,481.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/27/17 | 300006 | INTERNATIONAL SURETIES, LTD. | Trustee Bond Payment | 2300-000 | | 448.23 | 286,792.96 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 427.40 | 286,365.56 |
| 12/07/17 | 300007 | DENNIS CPA, DAVID | accountant expenses | | | 7,115.00 | 279,250.56 |
| | | DENNIS CPA, DAVID | Fees | 3410-000 | | | |
| | | | 7,050.00 | | | | |
| | | DENNIS CPA, DAVID | Expenses | 3420-000 | | | |
| | | | 65.00 | | | | |
| 12/22/17 | 300008 | SPENCER FANE LLP | ATTORNEY EXPENSE | | | 41,183.53 | 238,067.03 |
| | | SPENCER FANE LLP | Fees | 3210-000 | | | |
| | | | 40,742.50 | | | | |
| | | SPENCER FANE LLP | Expenses | 3220-000 | | | |
| | | | 441.03 | | | | |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 413.07 | 237,653.96 |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 419.67 | 237,234.29 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 353.77 | 236,880.52 |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 318.43 | 236,562.09 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 351.98 | 236,210.11 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 340.16 | 235,869.95 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 350.96 | 235,518.99 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 339.16 | 235,179.83 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 349.94 | 234,829.89 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 349.46 | 234,480.43 |
| 10/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 337.67 | 234,142.76 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 348.39 | 233,794.37 |
| 12/03/18 | 300009 | INTERNATIONAL SURETIES, LTD | Bond Premium Payment | 2300-000 | | 209.94 | 233,584.43 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 336.70 | 233,247.73 |
| 01/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 347.14 | 232,900.59 |
| 02/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 346.56 | 232,554.03 |
| 03/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 312.59 | 232,241.44 |
| 04/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 345.54 | 231,895.90 |
| 05/28/19 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 333.95 | 231,561.95 |
| 06/04/19 | | Metropolitan Commercial Bank | Wire Transfer To Fund New Bank Account | 9999-000 | | 231,561.95 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 1,225,000.00 | 1,225,000.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 231,561.95 | |
| **Subtotal** | 1,225,000.00 | 993,438.05 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,225,000.00** | **$993,438.05** | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 09-34404  HRT | Trustee Name: | David Lewis (260220) |
|---|---|---|---|
| Case Name: | HEALTH TRIO, INC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9643 | Account #: | ******1553 Checking |
| For Period Ending: | 10/26/2020 | Blanket Bond (per case limit): | $49,037,481.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/04/19 | | Union Bank | Wire From Former Bank | 9999-000 | 231,561.95 | | 231,561.95 |
| 10/03/19 | {3} | Oak Point Partners | Remnants sale proceeds | 1229-000 | 5,200.00 | | 236,761.95 |
| 11/05/19 | 101 | SPENCER FANE LLP | attorney fees | | | 28,647.47 | 208,114.48 |
| | | SPENCER FANE LLP | attorney's fees $27,266.00 | 3210-000 | | | |
| | | SPENCER FANE LLP | Attorney expenses $1,381.47 | 3210-000 | | | |
| 12/20/19 | 102 | International Sureties, Ltd. | Bond premium payment | 2300-000 | | 87.52 | 208,026.96 |
| 06/10/20 | 103 | David Lewis | Combined trustee compensation & expense dividend payments. | | | 13,542.19 | 194,484.77 |
| | | David Lewis | Claims Distribution - Wed, 04-22-2020 $12,778.13 | 2100-000 | | | |
| | | David Lewis | Claims Distribution - Wed, 04-22-2020 $764.06 | 2200-000 | | | |
| 06/10/20 | 104 | MASSACHUSETTS DEPARTMENT OF REVENUE | Distribution payment - Dividend paid at 100.00% of $456.00; Claim # 000009; Filed: $456.00 | 2690-730 | | 456.00 | 194,028.77 |
| 06/10/20 | 105 | State of California Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $1,394.22; Claim # STATE OF CA; Filed: $0.00 | 5800-000 | | 1,394.22 | 192,634.55 |
| 06/10/20 | 106 | TENNESSEE DEPT. OF REVENUE | Distribution payment - Dividend paid at 100.00% of $484.01; Claim # 000007; Filed: $484.01 | 5800-000 | | 484.01 | 192,150.54 |
| 06/10/20 | 107 | MASSACHUSETTS DEPARTMENT OF REVENUE | Combined dividend payments for Claim #000008A, 000008B | | | 911.76 | 191,238.78 |
| | | MASSACHUSETTS DEPARTMENT OF REVENUE | Claims Distribution - Wed, 04-22-2020 $895.05 | 5800-000 | | | |
| | | MASSACHUSETTS DEPARTMENT OF REVENUE | Claims Distribution - Wed, 04-22-2020 $16.71 | 7100-000 | | | |
| 06/10/20 | 108 | FRANCHISE TAX BOARD | Combined dividend payments for Claim #000011A, 000011B | | | 1,143.56 | 190,095.22 |
| | | FRANCHISE TAX BOARD | Claims Distribution - Wed, 04-22-2020 $1,129.79 | 5800-000 | | | |
| | | FRANCHISE TAX BOARD | Claims Distribution - Wed, 04-22-2020 $13.77 | 7100-000 | | | |
| 06/10/20 | 109 | CENTENNIAL RIVER CORP. F/K/A IMMEDI | Distribution payment - Dividend paid at 9.15% of $1,746,651.00; Claim # 000001; Filed: $1,746,651.00 Stopped on 07/15/2020 | 7100-005 | | 159,806.63 | 30,288.59 |
| 06/10/20 | 110 | JOHNSON-LAIRD, INC. | Distribution payment - Dividend paid at 9.15% of $14,855.40; Claim # 000002; Filed: $14,855.40 | 7100-000 | | 1,359.17 | 28,929.42 |

Page Subtotals:     $236,761.95     $207,832.53

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 09-34404  HRT | Trustee Name: | David Lewis (260220) |
|---|---|---|---|
| Case Name: | HEALTH TRIO, INC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9643 | Account #: | ******1553 Checking |
| For Period Ending: | 10/26/2020 | Blanket Bond (per case limit): | $49,037,481.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/10/20 | 111 | AXIOM SYSTEMS, INC. | Distribution payment - Dividend paid at 9.15% of $147,698.00; Claim # 000003; Filed: $147,698.00 | 7100-000 | | 13,513.36 | 15,416.06 |
| 06/10/20 | 112 | HORSE EYE LEVEL PARTNERS, L.P. | Distribution payment - Dividend paid at 9.15% of $168,494.25; Claim # 000005; Filed: $168,494.25 | 7100-000 | | 15,416.06 | 0.00 |
| 07/15/20 | 109 | CENTENNIAL RIVER CORP. F/K/A IMMEDI | Distribution payment - Dividend paid at 9.15% of $1,746,651.00; Claim # 000001; Filed: $1,746,651.00 Stopped: check issued on 06/10/2020 | 7100-005 | | -159,806.63 | 159,806.63 |
| 07/16/20 | 113 | CENTENNIAL RIVER CORP. F/K/A IMMEDI | Distribution payment - Dividend paid at 9.15% of $1,746,651.00; Claim # 000001; Filed: $1,746,651.00 | 7100-000 | | 159,806.63 | 0.00 |

| | | COLUMN TOTALS | | | 236,761.95 | 236,761.95 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 231,561.95 | 0.00 | |
| | | Subtotal | | | 5,200.00 | 236,761.95 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $5,200.00 | $236,761.95 | |

## Form 2

Exhibit 9
Page:   5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 09-34404  HRT | |
| **Case Name:** | HEALTH TRIO, INC | |
| **Taxpayer ID #:** | **-***9643 | |
| **For Period Ending:** | 10/26/2020 | |

| | |
|---|---|
| **Trustee Name:** | David Lewis (260220) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1553 Checking |
| **Blanket Bond (per case limit):** | $49,037,481.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3157 Checking Account | $1,225,000.00 | $993,438.05 | $0.00 |
| ******1553 Checking | $5,200.00 | $236,761.95 | $0.00 |
| | **$1,230,200.00** | **$1,230,200.00** | **$0.00** |

| | |
|---|---|
| 10/26/2020 | /s/David Lewis |
| Date | David Lewis |